IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03219-PAB-KLM

MARIA A. BECERRA,

    Plaintiff,

v.

AURORA PUBLIC SCHOOLS,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Reschedule Scheduling/Planning Conference** [Docket No. 6; Filed February 11, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#6] is **GRANTED**. The Scheduling Conference set for March 12, 2013 at 11:00 a.m. is **vacated** and **RESET** to **April 4, 2013 at 9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures on or before **March 29, 2013**. All other provisions of the Order Setting Scheduling/Planning Conference issued on December 16, 2012 [#5] remain in effect.

Dated: February 12, 2013